## PARKER v. CHAMPEROONE & Comp<sup>a</sup>

Richard Parker of Boston plantiff ags<sup>t</sup> Cap<sup>t</sup> Francis Champeroone Abraham Corbett & Cap<sup>t</sup> Walter Barefoot Defend<sup>ts</sup> in an Action of Debt due by bond to the sume of one hundred & fowre score pounds & due Damages for non payment according to Attachm<sup>t</sup> Dat the 30th of Sep<sup>t</sup> 1671 . . . the Jurie . . . found for the pl<sup>t</sup> the forfeiture of the bond & costs of Court & on y<sup>e</sup> Request of the defend<sup>t</sup> y<sup>e</sup> Court chancired [1] it to one hundred pounds in spetie according to bond y<sup>e</sup> Debt beeing ninety pounds

Execucion Issued 15th of 9<sup>br</sup> 1671

## LEUERETT v. ELY

John Leuerett esq<sup>r</sup> one of the Ouerseers of the Last will & testament of Cap<sup>t</sup> John Cullick deceased plantiff ags<sup>t</sup> Richard Ely Defend<sup>t</sup> in an Action of the case for his not performing his Obligacion vnder his hand & seale bearing date in the Month of January 1663 by the makeing payment of one hundred & fiuety pounds to John Cullick & one hundred & fiuety pounds to Elizabeth Cullick Sonn & Daughter to the [2] said Cap<sup>t</sup> John Cullick according to his obligacion & all due Damages according to Attachm<sup>t</sup> Dat the fiue & twentieth Day of October 1671 . . . the Jurie . . . found for the pl<sup>t</sup> the forfeiture of the bond & Costs of Court. The Court vpon mocion of the pl<sup>t</sup> chancired the bond to three hundred & eighteen pounds in Money & Costs of Court twenty seauen Shillings

Execucion Issued y<sup>e</sup> 15th of 1st m° 16$\frac{71}{72}$.

## WILKINS v. WEBB

John Wilkins plantiff against Joseph Web Defend<sup>t</sup> in an Action of the case for withholding either by himselfe or his Assignes or by both himselfe & his Assignes a part of that howseing in Boston which is the propper right of the said Wilkins & all other Due Damages according to Attachm<sup>t</sup> Dated the twenty fifth Day of October 1671. . . . the Jurie . . . found for the Defend<sup>t</sup> costs of Court w<sup>ch</sup> was seauen shillings & one penny.

---

[1] The earliest example of the verb "chancer" in the New English Dictionary is dated 1798. See earlier examples in the Nation, lxxiv. 12 (N. Y., 1901).